IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ELIZABETH STRICKLAND <br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES TEXAS, LLC <br> Defendant. | § <br> § <br> § <br> §    CIVIL ACTION NO. 1:22-CV-00064 <br> §    JUDGE MICHAEL J. TRUNCALE <br> § <br> § <br> § |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Voluntary Dismissal. [Dkt. 30]. The Parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 21st day of June, 2023.**

Michael J. Truncale
United States District Judge